### JUNIOR BOGGS v. STATE OF FLORIDA

17 So. (2nd) 394                                      January Term, 1944
February 15, 1944                                              En Banc
Rehearing Denied March 10, 1944

*J. M. & H. P. Sapp,* for appellant.

*J. Tom Watson,* Attorney General, *John C. Wynn,* Assistant Attorney General, and *Bourke Floyd,* Special Assistant Attorney General, for appellee.

PER CURIAM:

Affirmed.

BUFORD, C. J., concurs specially.

TERRELL, THOMAS, ADAMS and SEBRING, JJ., concur.

BROWN and CHAPMAN, JJ., dissent.

BUFORD, C. J., concurring specially:

My first impression was that evidence was insufficient to support conviction but careful perusal of evidence shows that accused was apprehended while exercising possession of stolen property and he gave no reasonable explanation for the possession of the stolen property and, therefore, the presumption of guilty knowledge applies and this presumption is not overcome by evidence sufficient to warrant reversal. Therefore, judgment should be affirmed.